# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIE THOMAS**, | : | CIVIL ACTION NO. 1:10-CV-1639 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MR. LT. MCCOY**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 3rd day of November, 2010, upon consideration of plaintiff's motion for discovery (Doc. 9) and defendants' motion to stay discovery (Doc. 11) based upon their anticipated filing of a motion to dismiss plaintiff's complaint for lack of personal involvement and failure to state a claim, it is hereby ORDERED that:

1. Defendants' motion to stay discovery (Doc. 11) is GRANTED. All discovery shall be stayed pending resolution of defendants' anticipated motion to dismiss plaintiff's complaint.

2. Plaintiff's motion for discovery (Doc. 9) is DENIED.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge